**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **TYRRALL FARROW CANNON,** | ) | NO. ED CV 09-824 RGK (CT) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| **PEOPLE OF THE STATE OF CALIFORNIA,** | ) | |
| Respondent. | ) | |

Pursuant to the concurrently filed Memorandum and Order, IT IS HEREBY ADJUDGED THAT the petition is denied and dismissed.

DATED: May 1, 2009

*/s/ Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE